```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY

------------------------------x
UNITED STATES OF AMERICA      :    Hon. Katherine S. Hayden
                              :
     v.                       :    Crim. No. 99-0756 (KSH)
                              :
JOE T. SIMMONS                :    ORDER
------------------------------x
```

THIS MATTER having come before the Court on the Petition of U.S. Probation Officer Anthony J. Nisi of the U.S. Probation Office, for a finding that JOE T. SIMMONS has violated the terms of his supervised release; and

It appearing that JOE T. SIMMONS appeared before this Court on April 23, 2012 and pled GUILTY to Violation Number One of a Petition for Violation of Supervised Release, which violation charged JOE T. SIMMONS with having committed another federal, state, or local crime, which violation is a Grade A Violation; and the Court having accepted the GUILTY plea by JOE T. SIMMONS as having been made on an informed, voluntary, knowing, and intentional basis; and

It appearing that JOE T. SIMMONS is a Criminal History Category III, and therefore faces 18 to 24 months for the above violation; and

IT IS on this 3rd day of May, 2012 hereby

ORDERED that JOE T. SIMMONS is adjudged guilty of having violated a condition of his supervised release as set forth in Violation No. 1 of the Petition, which required that he not

commit another federal, state or local crime; and it is further

ORDERED that Violation Nos. 2 through 4 of the Petition are hereby dismissed; and it is further

ORDERED that JOE T. SIMMONS' current term of supervised release is revoked; and it is further

ORDERED that JOE T. SIMMONS is sentenced on the violation to 1 year and 1 day of incarceration.

/s/ Katharine S. Hayden
───────────────────────────
HONORABLE KATHERINE S. HAYDEN
United States District Judge